FILED

07 JUL 11 AM 10: 27

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY CADWELL, an individual and on behalf of all similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> DALLO & CO., INC., dba HARVEST RANCH MARKET, a California Corporation, and DOES 1 to 100, <br><br> Defendants. | CASE NO. 07 CV 0777 BEN (AJB) <br><br> **ORDER APPROVING SUBSTITUTION OF ATTORNEY** |

The Court having received the Substitution of Attorney on June 29, 2007, hereby orders as follows:

The Substitution of Attorney filed on June 29, 2007 is hereby approved.

IT IS SO ORDERED.

Dated: July 10, 2007

ROGER T. BENITEZ